UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SARAH LEYLA POWELL )<br>)<br>)<br>v. )<br>)<br>ADRIAN MAURICE POWELL, JR. )<br>)<br>) | Case No.: 2:25-cv-00641-JAW |

**RESPONDENT'S MOTION FOR EXTENSION OF RESPONSIVE DEADLINES**

NOW COMES, Adrian Powell, in the above-captioned matter, through his counsel, Nicole Milam, Esq., MOVES for an extension for the filing of both the Response to the Motion for Expedited Consideration of Verified Petition for Return of Children to Germany and Issuance of Show Cause Order and the Answer of the Petition for Return of Children Pursuant to the Hague Convention. As grounds for his Motion, Mr. Powell states as follows:

1. Petitioner filed a Petition for Return of Children to Germany and for Issuance of Show Cause Order against Adrian M. Powell on December 23, 2025. The deadline for Respondent to respond is January 12, 2026.

2. The deadline for Respondent to file an answer is January 23, 2026.

3. Undersigned Counsel was recently retained, and needs additional time to review the pleadings, background information and prepare the necessary responsive pleadings. Undersigned also understands that there are ancillary state court proceeding and will need an opportunity to get up to speed on the background of this case and the overall procedural posture.

4. By this Motion, Respondent seeks an extension of deadlines. Counsel seeks an extension of both deadlines for a period of 30 days from January 23, 2026. Specifically Counsel seeks an extension until February 23, 2026, for both the response deadline to the Motion for Expedited Consideration of Verified Petition for Return of Children to Germany and Answer to the Petition for Return of Children Pursuant to the Hague Convention.

5. Undersigned emailed Counsel for Ms. Powell, Attorney Morin, to seek his position on this request and his automated response indicated that he is out of the office until January 12, 2026. Therefore, Counsel was unable to ascertain the position of Attorney Morin.

DATED: January 8, 2026       /s/ Nicole Milam, Esq.
Nicole Milam, Esq. (Bar No. 6369)
Attorney for Defendant
Milam Law Collective
PO Pox 237
Cumberland Center, ME 04021
nicole@milamcollective.com

CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed this Entry of Appearance on behalf of Defendant, Adrian Powell, through the ECF system and the same will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) as follows:

Bradley C. Morin, Esq.
949 Main Street
PO Box 1068
Sanford, ME 04073
bmorin@bourqueclegg.com

Respectfully submitted,

DATED: January 8, 2026        /s/ Nicole Milam, Esq.
                              Nicole Milam, Esq. (Bar No. 6369)
                              Attorney for Defendant
                              Milam Law Collective
                              PO Pox 237
                              Cumberland Center, ME 04021
                              nicole@milamcollective.com