UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| SARAH LEYLA POWELL | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Case No. 2:25-cv-00641-JAW |
| ADRIAN MAURICE POWELL JR., | ) ) ) | |
| Respondent. | ) ) ) | |

**OBJECTION TO MOTION FOR EXTENSION OF TIME TO ANSWER**

NOW COMES the Petitioner, Sarah Leyla Powell and objects to the Motion for Extension of Time to Answer filed by Adrian Maurice Powell Jr. The Petitioner states as follows:

Petitioner objects to the Motion for Extension of Time because of the need to expedite the decision on returning the children to Germany under the Hague Convention article 11. The Convention contains a goal for resolving cases within six weeks. Furthermore, the Petitioner is facing very difficult circumstances. Adrian has withdrawn financial support for her apartment and education. As noted in the verified petition, Leyla find herself dependent upon the assistance of family and friends while she fights to return to Germany with her children.

Petitioner asks for the to Court to establish a scheduling order to hold a trial as soon as possible.[1]

WHEREFORE, Petitioner prays that this Honorable Court will deny Respondent's Motion, award her costs and fees and grant such additional relief as this Court deems just and appropriate.

Dated this   9th day of January, 2026.

/s/ Bradley C. Morin
Bradley C. Morin, Bar No. 004268
Attorney for Petitioner

**BOURQUE CLEGG**
**CAUSEY & MORIN LLC**
P.O. Box 1068
949 Main St.
Sanford ME 04073
Tel. 207-324-4422
Fax 207-324-9556
bmorin@bourqueclegg.com

---

[1] Petitioner suggests a schedule to allow for the filing of Petitioner's responsive pleading, the exchange of witness and exhibit lists, and a pre-trial brief. This Court issued similar expedited scheduling orders in *Charalambous v. Charalambous,* 2:10-cv-375 Document. No. 7 and *Nicolson v. Pappalardo*, 2:09-cv-00541-GZS, Document No. 17.

CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed this Objection to Motion for Extension of Time on behalf of Petitioner, Sarah Leyla Powell, through the ECF system and the same will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) as follows:

NICOLE A. MILAM     nicole@milamcollective.com

Dated this   9th day of January, 2026.

                                          */s/ Bradley C. Morin*
                                          Bradley C. Morin, Bar No. 004268
                                          Attorney for Petitioner

                                          **BOURQUE CLEGG**
                                          **CAUSEY & MORIN LLC**
                                          P.O. Box 1068
                                          949 Main St.
                                          Sanford ME 04073
                                          Tel. 207-324-4422
                                          Fax 207-324-9556
                                          bmorin@bourqueclegg.com