UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SARAH LAYLA POWELL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 2:25-cv-00641-JAW |
| | ) |
| ADRIAN MAURICE POWELL JR., | ) |
| | ) |
| Respondent. | ) |

**REPORT OF CONFERENCE AND SCHEDULING ORDER**

**This action is brought pursuant to the Convention on the Civil Aspects of International Child Abduction, done at The Hague on October 25, 1980, and the International Child Abduction Remedies Act (ICARA), 22 U.S.C. §§ 9001,** *et seq.* **(formerly 42 U.S.C. §§ 11601** *et seq.***).**

Before the Court is Petitioner Sarah Layla Powell's verified petition pursuant to the Hague Convention directing the return of her two minor children, N.P. and Z.P. to Germany, *Verified Pet. for Return of Children to Germany and For Issuance of Show Cause Order* (ECF No. 1) (*Pet.*), along with her motion for expedited consideration of the petition and the issuance of an order to show cause against Respondent. *See Mot. for Expedited Consideration of Verified Pet. for Return of Children to Germany and Issuance of Show Cause Order* (ECF No. 3) (*Mot.*). Petitioner alleges that Respondent, Adrian Maurice Powell Jr., unlawfully kept the Children in the United States. *Pet.* ¶ 52.

The Court held a telephonic conference of counsel on this matter on January 9, 2026 at 3:30 p.m. EST. Attorney Bradley Morin appeared for Petitioner Sarah

Layla Powell. Attorney Nicole Milam appeared for Respondent Adrian Maurice Powell, Jr. *Min. Entry* (ECF No. 14).

Upon considering the verified petition, the Hague Convention and ICARA, as well as the representations made by counsel during today's conference, the Court hereby GRANTS Petitioner's motion for expedited consideration. *Mot.* In order to facilitate the Court's expedited consideration of this matter, it is hereby ORDERED that:

1. Respondent's motion for an extension to file an answer to the verified petition has been denied. *Oral Order* (ECF No. 15). Accordingly, Respondent shall file his answer on or before January 16, 2026.

2. An evidentiary hearing on the Verified Petition is hereby set for January 22, through January 23, 2026, beginning at 9:00 a.m. EST at the Edward T. Gignoux Courthouse located at 156 Federal Street, Portland, Maine.

3. Each side shall file a pre-hearing brief, not to exceed 12 pages, on or before January 16, 2026. Each brief shall include a list of the witnesses and exhibits to be presented at the hearing. Absent prior court approval, the Court expects any non-English documents will be presented with translation.

4. The parties shall confer with each other and with Court systems personnel regarding Petitioner's request that a witness be able to appear from Germany by video. Petitioner shall inform the witness appearing remotely that the Court anticipates a recess between 10:00 a.m. and

potentially lasting until 11:00 a.m. EST to tend to another, prior-scheduled matter before the Court.

5. All state court proceedings are stayed pursuant to Article 16 of the Hague Convention until resolution of the verified petition. The parties are to notify the appropriate state court authorities of these proceedings and that the state court proceeding would remain stayed until final disposition of the verified petition.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 9th day of January, 2026